MELINDA L. HAAG
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8975
Facsimile: (415) 744-0134
E-mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALAN BRINKER,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | CIVIL NO. 5:10-3091-JF<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO FILE MOTIONS |

At the Case Management Conference held on January 28, 2011, the Court ordered Defendant to file a motion for summary judgment, and permitted Plaintiff to file a motion to amend if he so desired, within 45 days. The parties subsequently conferred and Plaintiff has provided Defendant with additional documentary evidence regarding his claim. This new evidence raises a possibility of settlement but requires further investigation by Defendant.

Accordingly, the parties hereby stipulate, with the Court's approval as indicated by issuance of the attached Order, that the parties shall have an extension of time, up to 90 days from the date of the Order, for Defendant to file a motion for summary judgment and for Plaintiff's optional motion to amend the complaint.

Respectfully submitted,

Dated: February 4, 2011

By: */s/ Alan Brinker*
(As authorized via email)
ALAN BRINKER
Plaintiff

Dated: February 4, 2011

By: */s/ Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney
Counsel for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/22/11

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 4, 2011, I caused one copy of the foregoing document to be served upon Plaintiff, by United States mail, at the address set forth below.

Alan Brinker
980 Michelangelo
Sunnyvale, CA 94087

Dated: February 4, 2011

By: */s/ Brenda M. Pullin*
BRENDA M. PULLIN