**E-Filed 4/4/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALAN BRINKER,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>                    Defendant. | Case Number 5:10-cv-03091-JF<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR PERMISSION TO USE COURTHOUSE LIBRARY DURING PENDENCY OF THIS CASE |

The Court is in receipt a letter dated March 28, 2011 from Plaintiff Alan Brinker. The Clerk is directed to file the letter.

Plaintiff requests permission to use the courthouse library during the pendency of this action. The request is GRANTED. Plaintiff shall contact the librarian at 408-535-5323 prior to each visit to confirm that librarian will be present.[1]

IT IS SO ORDERED.

DATED:  4/4/2011

_____
JEREMY FOGEL
United States District Judge

---

[1] The librarian must be present while Plaintiff uses the library; in the event that Plaintiff violates any library rules or policies, the librarian has authority to require Plaintiff to leave.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALAN BRINKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant. | Case Number 5:10-cv-03091-JF<br><br>CERTIFICATE OF SERVICE |

　　　I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

　　　On April 4, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Alan Brinker
980 Michelangelo
Sunnyvale, CA 94087

DATED: 4/4/2011　　　　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　　　　　Richard W. Weiking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk

Case No. 5:10-cv-03091-JF
ORDER GRANTING PLAINTIFF'S REQUEST FOR PERMISSION TO USE COURTHOUSE LIBRARY
(JFLC2)