**E-Filed 8/11/2011**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ALAN L. BRINKER,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | Case Number 5:10-cv-03091 JF<br><br>ORDER[1] GRANTING MOTION TO ENLARGE TIME<br><br>[Re: Docket No. 47] |

Pursuant to Civ. L. R. 6-3, Plaintiff Alan L. Brinker, proceeding *pro se*, moves to enlarge time for response to Defendant's motion for summary judgment. The motion is unopposed and appears well-taken. Accordingly, the motion is granted.[2]

**ORDER**

Good cause therefor appearing, the motion to enlarge time is GRANTED. Plaintiff shall

---

[1] This disposition is not designated for publication in the official reports.

[2] The Court notes that Plaintiff has requested assistance in obtaining representation for this matter. This request shall be taken up at the case management conference scheduled for August 26, 2011 at 10:30 a.m.

1 file opposition to Defendant's motion for summary judgment on or before September 29, 2011.

2

3 **IT IS SO ORDERED.**

4

5 DATED: August 11, 2011
_____
JEREMY FOGEL
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**